IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISNEY ENTERPRISES, INC.,
SANRIO, INC., and WARNER BROS.
ENTERTAINMENT INC.,

       Plaintiff,                            Case No.: 6:08-cv-263-Orl-19KRS

vs.

BLUENET WIRELESS, INC. d/b/a
MYGOBILE, and YU HUA ZHANG,

       Defendants.
_____/

FINAL JUDGMENT AND PERMANENT INJUNCTION

Upon consideration of Plaintiffs' Motion for Entry of Final Default Judgment, Final Order, and Permanent Injunction, and this Court being duly aware of the premises, it is hereby ORDERED and ADJUDGED:

1.     A Permanent Injunction is entered against the Defendants Bluenet Wireless, Inc. d/b/a Mygobile, and Yu Hua Zhang, pursuant to Fed. R. Civ. P. 65, forever enjoining these Defendants, their officers, agents, servants, employees, and attorneys and upon those persons in active concert or participation with them:

    a.     From manufacturing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, displaying, or otherwise disposing of any products not authorized by the Plaintiffs including, but not limited to, the unauthorized cell phone accessories and related merchandise bearing any simulation, reproduction, counterfeit,

copy, or colorable imitation of the Plaintiffs' trademarked and copyrighted properties or bearing a design or image which is of a substantially similar appearance to the Plaintiffs' copyrights listed on Exhibit "A-E" to the Complaint;

    b.    From passing off, inducing, or enabling others to sell or pass of as authentic products produced by the Plaintiffs or otherwise authorized by the Plaintiffs, any product not manufactured by the Plaintiffs or produced under the control or supervision of the Plaintiffs and approved by the Plaintiffs, which utilized any of the Plaintiffs' Trademarks listed on Exhibit "A-E" to the Complaint;

    c.    From committing any act calculated to cause purchasers to believe that the Defendant(s) products are those sold under the control and supervision of the Plaintiffs, or are sponsored, approved, or guaranteed by the Plaintiffs, or are connected with and produced under the control or supervision of the Plaintiffs;

    d.    From further diluting and infringing the Plaintiffs' trademarks and copyrights and damaging their goodwill;

    e.    From causing, aiding, or abetting any other person from doing any act proscribed under a. through d. above.

IT IS FURTHER ORDERED AND ADJUDGED that Judgment be entered against these Defendants, jointly and severally, and in favor of the Plaintiffs noted more specifically below:

> *To Disney Enterprises, Inc.:*
> *For violation of its' "Winnie the Pooh," and*
> *"Mickey Mouse," copyrights,*

| | |
|---|---:|
| *pursuant to 17 U.S.C. § 504* | $10,000.00 |
|    *each work* | |
| | <u>$20,000.00</u> |
| *To Sanrio, Inc.:* | |
| *For violation of its' "Hello Kitty" copyright,* | |
| *pursuant to 17 U.S.C. § 504* | <u>$10,000.00</u> |
| | |
| *To Warner Bros. Entertainment Inc.:* | |
| *For violation of its' "Tweety" trademark,* | |
| *pursuant to 15 U.S.C. § 1117(c)(1)* | $5000.00 |
| *For willful use of a counterfeit mark,* | |
| *pursuant to 15 U.S.C. § 1117(c)(2)* | <u>$5000.00</u> |
|    Total Judgment     $40,000.00 | |

plus interest as allowed by law from and after entry of this Final Judgment, for which sum let execution issue.

It is further, ORDERED AND ADJUDGED,

That this Permanent Injunction and Final Order shall operate as a final judgment as to Bluenet Wireless, Inc. d/b/a Mygobile, and Yu Hua Zhang.

It is further, ORDERED AND ADJUDGED,

That this Court shall retain jurisdiction of this action for purposes of enforcing the provisions of the Final Judgment and Permanent Injunction by way of contempt or otherwise.

Dated this _8th___ day of ___August_____, 2008.

Copies to all parties

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT